# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | ) Case No. 05-13198 |
| **RHONDA S. BLACKNELL** | ) (Chapter 7) |
| | ) |
| DEBTOR(S) | ) |

## ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT

Considering the motion of American Express Fed. ID#13-4922250) for an order directing payment of funds held in the registry of the Court,

**IT IS ORDERED** that funds held in the registry of the court in the amount of $589.19 be paid to American Express in care of Nancy C. McMillan, American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73034, its agent and attorney in fact.

Baton Rouge, Louisiana, June 19, 2007.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE